IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF | No. C 14-80035 WHA |
| In the Matter of Linda Caroline Jovich - #170900 | **ORDER OF SUSPENSION** |

Because Linda Caroline Jovich has failed to respond to the order to show cause, Ms. Jovich's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: April 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE